# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136146

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EARL MCKINLEY CHADWICK, JR.,
      Defendant-Appellant.

SC: 136146
COA: 280256
Wayne CC: 06-005613

_____/

On order of the Court, the application for leave to appeal the February 15, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2008

Clerk

d0910